IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN M. CARTER, and on behalf of other Similarly situated, | |
| Plaintiff, | 8:17CV319 |
| v. | |
| WILLIAM MULDOON, individually and in his official capacity as Director of NLETC, DAVE STOLZ, individually and in his official capacity as Counsel for the NLETC, NEBRASKA LAW ENFORCEMENT TRAINING CENTER, and DOES 1-25 INCLUSIVE, | ORDER |
| Defendants. | |

IT IS ORDERED that:

(1) Plaintiff's motion to proceed in forma pauperis (filing no. 2) is denied, pursuant to his written statement within filing no. 2, "Plaintiff can pay the filing fee if the Court permits the case to be filed and the fees to be paid in 15 days."

(2) Plaintiff shall pay the $400.00 filing fee within 30 days of the date of this order.

(3) Failure to comply with this order will result in Plaintiff being dismissed from this matter without further notice.

(4) The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: September 29, 2017: deadline for Plaintiff to pay $400.00 filing fee.

DATED this 30th day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge