IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. CARTER, and on behalf of other Similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 8:17CV319 |
| v. | ) ) | |
| WILLIAM MULDOON, individually and in his official capacity as Director of NLETC, DAVE STOLZ, individually and in his official capacity as Counsel for the NLETC, NEBRASKA LAW ENFORCEMENT TRAINING CENTER, and DOES 1-25 INCLUSIVE, | ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |

On August 30, 2017, and after denying Plaintiff's motion to proceed in forma pauperis, the court ordered Plaintiff to file the $400.00 filing fee within 30 days or face dismissal of this action without further notice. To date, Plaintiff has not filed the required fee.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 5th day of October, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge