IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. CARTER, and on behalf of others Similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 8:17CV319 |
| v. | ) ) | |
| WILLIAM MULDOON, individually and in his official capacity as Director of NLETC, DAVE STOLZ, individually and in his official capacity as Counsel for the NLETC, NEBRASKA LAW ENFORCEMENT TRAINING CENTER, and DOES 1-25 inclusive, | ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Plaintiff's Motion to Extend Filing Fee (Filing No. 12) is granted, and Plaintiff may submit his $400.00 filing fee on or before November 22, 2017; and

2. Plaintiff advises that his address, as it appears on the summonses previously filed with the court in Filing No. 6, is correct. Therefore, **after Plaintiff's filing fee is received**, the Clerk of Court shall sign, seal, and issue such summonses to Plaintiff for service on each of the defendants pursuant to Fed. R. Civ. P. 4. Plaintiff must complete such service of process within 60 days of the date on which Plaintiff's filing fee is received by the Clerk of Court.

DATED this 21st day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge